UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 14-251 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| EMIGDIO SAUCEDA-MACIAS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offense charged:    Possession of Heroin with Intent to Distribute

Date of Detention Hearing:    June 23, 2014.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    Defendant has chosen to not be interviewed by Pretrial Services.   Accordingly,

DETENTION ORDER
PAGE -1

there is no information available about his personal history, residence, family ties, ties to this District, income, financial assets or liabilities, physical/mental health or controlled substance use. He does not contest entry of an order of detention.

2.    Defendant poses a risk of nonappearance based on lack of known background information, and unknown ties to this District. He poses a risk of danger based on the nature of the charges.

3.    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DETENTION ORDER
PAGE -2

01      DATED this 23rd day of June, 2014.

02

03                                              _____
                                                Mary Alice Theiler
04                                              Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3