The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EMIGDIO SAUCEDA-MACIAS,<br><br>    Defendant. | No. CR14-200 RAJ<br><br>ORDER GRANTING<br>MOTION TO SEAL |

THIS MATTER comes before the Court upon the defendant's motion to seal his Sentencing Memorandum.  Having considered the entirety of the records and file herein, and finding good cause, the Court hereby grants the motion (Dkt. #302).

It is ORDERED that Defendant's Sentencing Memorandum be allowed to remain under seal due to the nature of its contents.

DATED this 21st day of April, 2016.

*Richard A. Jones* (signature)
_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL
(*Emigdio Sauceda-Macias*; No. CR14-200 RAJ) - 1

BLACK LAW, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401